THE STATE OF MISSOURI, Plaintiff in Error, *v.* ANNA HEIGH-LAND, Defendant in Error.

*Constitution — Oath of Loyalty — Attainder — Teachers.*—The decision in the case of State v. Murphy, *ante* p. 339, applies to the cases of persons acting as professors and teachers in educational institutions.

### *Error to Marion Circuit Court.*

The defendant was indicted for teaching without having taken the " oath of loyalty."

*Glover & Shepley*, for defendant in error.

This is an indictment for teaching school without taking the constitutional " test oath." We submit the cause to the

judgment of the court on the points and authorities in our brief now before the court in the case of Blair v. Ridgely.

HOLMES, Judge, delivered the opinion of the court.

This case is governed by the opinion in the case of the State v. Murphy. The indictment was quashed on motion, and the plaintiff brings the case up by writ of error.

The judgment is affirmed. The other judges concur.